1

2

3

4

5

6

7

8                    IN THE UNITED STATES DISTRICT COURT

9              FOR THE NORTHERN DISTRICT OF CALIFORNIA

10

STANLEY SIMS,                          )          No. C 11-4801 LHK (PR)
11                                       )
              Plaintiff,                )          JUDGMENT
12                                       )
   v.                                    )
13                                       )
PEOPLE OF THE STATE OF                   )
14 CALIFORNIA, et al.,                    )
                                         )
15            Defendants.                )
                                         )
16

17        The Court has dismissed the instant action.  A judgment of dismissal without prejudice is

18 entered.  The Clerk shall close the file.

19        IT IS SO ORDERED.

20 DATED: ___11/30/11___                    _____
                                           LUCY H. KOH
21                                         United States District Judge

22

23

24

25

26

27

28

P:\pro-se\sj.lhk\cr.11\Sims801jud